**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00208-CV**
_____

**LATOSHA DIGGLES, Appellant**

**V.**

**TEXAS FARMERS INSURANCE COMPANY AND LINDSAY, LINDSAY & PARSONS, Appellees**

_____

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause Nos. E-203,884 and 23DCCV0665**

_____

**MEMORANDUM OPINION**

On September 4, 2024, we notified the parties that the clerk's record and the reporter's record were due on October 4, 2024, and that no extension of time would be granted except for good cause shown and subject to the Court's approval. On September 26, 2024, Appellant Latosha Diggles filed a motion to stay the appeal. On October 7, 2024, the District Clerk notified the Court of Appeals that the fee for the clerk's record had not been paid. On October 9, 2024, we issued another notice

1

to the parties providing notice that the Court denied Appellant's motion to stay the appeal, and we notified the parties that no payment arrangements had been made for the preparation of the clerk's record and warned that failure to file the clerk's record due to Appellant's failure to make arrangements to pay for the record would be grounds for dismissal for want of prosecution. Appellant was notified that the appeal would be dismissed for want of prosecution unless by November 8, 2024, we received proof that satisfactory arrangements to pay the fee for the record had been made with the trial court clerk's office. The appellate clerk sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, and the Court has not received a response.

In the absence of a satisfactory explanation that justifies Appellant's failure to pay for the clerk's record or to make the arrangements to pay for the clerk's record to support her appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 20, 2024
Opinion Delivered November 21, 2024

Before Golemon, C.J., Johnson and Wright, JJ.

2